IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TATUM, | 1:08-cv-00925 GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS **OR** PAY FILING |
| W. J. McGUINESS, | FEE WITHIN THIRTY (30) DAYS |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient as follows:

     Plaintiff's application to proceed in forma pauperis was deficient in that it was submitted on the wrong form.

     Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis, **or** pay the $350.00 filing fee.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk's Office shall send plaintiff the form for application to proceed in forma pauperis.

1    2. Within thirty (30) days of the date of service of this order, plaintiff shall submit
2 a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00
3 filing fee for this action. Failure to comply with this order will result in a recommendation that
4 this action be dismissed.
5    IT IS SO ORDERED.
6    **Dated:   July 17, 2008**              /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE